**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Perfect View Aerial Media LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **46-2821708** | |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**4171 W. Hillsboro Blvd., Suite 12**<br>**Coconut Creek, FL 33073**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Perfect View Aerial Media LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor **Perfect View Aerial Media LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Perfect View Aerial Media LLC** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 4

Debtor **Perfect View Aerial Media LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 15, 2024**
MM / DD / YYYY

*X* **/s/ Benjamin Richardson**
Signature of authorized representative of debtor

**Benjamin Richardson**
Printed name

Title **MGR**

**18. Signature of attorney**

*X* **/s/ John E. Page**
Signature of attorney for debtor

Date **November 15, 2024**
MM / DD / YYYY

**John E. Page 0860581**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone **561 443 0800** Email address **jpage@slp.law**

**0860581 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 15, 2024**

X **/s/ Benjamin Richardson**
Signature of individual signing on behalf of debtor

**Benjamin Richardson**
Printed name

**MGR**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Perfect View Aerial Media LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apollo Funding 30 Washington St #5L Brooklyn, NY 11201** | | **All assets** | **Contingent Disputed** | **$14,000.00** | **$0.00** | **$14,000.00** |
| **Arnaldo Marrero 13600 SW 191 Terr Miami, FL 33177** | | **Breach of Settlement Agreement/UCC filed 10/24/23; Blanket Lien** | **Contingent Disputed** | **$372,083.29** | **$0.00** | **$372,083.29** |
| **Bank of America POB 15796 Wilmington, DE 19886-5796** | | **Trade debt/credit card** | | | | **$39,756.17** |
| **Bank of America POB 15796 Wilmington, DE 19886-5796** | | **Trade debt/credit card** | | | | **$36,226.50** |
| **Bank of America POB 15796 Wilmington, DE 19886-5796** | | **Trade debt/credit card** | | | | **$26,331.98** |
| **Bank of America POB 15796 Wilmington, DE 19886-5796** | | **Trade debt/credit card** | | | | **$9,244.96** |
| **Bank of America POB 15796 Wilmington, DE 19886-5796** | | **Trade debt/credit card** | | | | **$1,677.57** |
| **Benjamin Richardson, Jr. 5356 NW 58 Terr Coral Springs, FL 33067** | | **Loan to company** | | | | **$59,288.38** |

Debtor **Perfect View Aerial Media LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capisolve, LLC 1166 W Newport Ctr Dr #308 Deerfield Beach, FL 33442** | | **Debt Consolidation Company** | | | | **$70,000.00** |
| **Chase Cardmember Svc POB 1423 Charlotte, NC 28201-1423** | | **Trade debt** | | | | **$16,721.33** |
| **Ford Credit POB 650575 Dallas, TX 75265** | | **2023 Ford Bronco Sport VIN: 3FMCR9D99PRD2 6126** | | **$37,074.80** | **$25,000.00** | **$12,074.80** |
| **Ford Credit POB 650575 Dallas, TX 75265** | | **2022 Ford F150 VIN: 1FTEW1EP3NKD5 9354** | | **$43,202.37** | **$32,794.00** | **$10,408.37** |
| **Ford Credit POB 650575 Dallas, TX 75265** | | **2022 Ford F150 VIN 1FTEW1EP4NKD9 7417 Vehicle totaled** | | | | **$9,126.23** |
| **Ford Credit POB 650575 Dallas, TX 75265** | | **2022 Ford F150 VIN: 1FTEW1EP1NFA0 5552** | | **$32,020.99** | **$28,632.00** | **$3,388.99** |
| **High Octane Funding LLC 1100 NE 163 ST North Miami Beach, FL 33162** | | **MCA Loan; Blanket Lien** | **Contingent Disputed** | **$25,000.00** | **$0.00** | **$25,000.00** |
| **Mercedes Benz Financial POB 685 Roanoke, TX 76262** | | **2023 Mercedes Benz GLE VIN: 4JGFB6BB8PA964 349** | | **$70,000.00** | **$66,225.00** | **$3,775.00** |
| **On Deck 4700 W. Daybreak Pkwy. #200 South Jordan, UT 84009** | | **Term Loan; Blanket Lien** | **Contingent Disputed** | **$110,000.00** | **$0.00** | **$110,000.00** |
| **On Deck 4700 W. Daybreak Pkwy #200 South Jordan, UT 84009** | | **Line of Credit; Blanket Lien** | **Contingent Disputed** | **$60,000.00** | **$0.00** | **$60,000.00** |

Debtor **Perfect View Aerial Media LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RDM Capital Funding dba Fintap 777 Passaic Ave #375 Clifton, NJ 07012** | | **MCA Loan/Blanket lien** | **Contingent Disputed** | **$79,771.80** | **$0.00** | **$79,771.80** |
| **The Fundworks, LLC 299 South Main St Suite 1300 PMB 93894 Salt Lake City, UT 84111** | | **MCA Loan/Blanket lien** | **Contingent Disputed** | **$90,000.00** | **$0.00** | **$90,000.00** |

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **415,238.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **415,238.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **966,285.85** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **270,122.07** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **1,236,407.92** |

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America** | | **7001** | **$0.00** |
| 3.2. | **Bright Star Credit Union** | **Checking** | **4605** | **$30,700.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$30,700.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. **Security deposit with office lease landlord** **$5,000.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor **Perfect View Aerial Media LLC** Case number *(If known)*
Name

Description, including name of holder of prepayment

9. **Total of Part 2.** **$5,000.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: **89,000.00** (face amount) - **0.00** (doubtful or uncollectible accounts) = .... **$89,000.00**

12. **Total of Part 3.** **$89,000.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Office equipment, desk tops, monitors, printers, office furniture** | **$0.00** | | **$5,000.00** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

Debtor **Perfect View Aerial Media LLC** Case number *(If known)*
Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$5,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2022 Ford F150**<br>**VIN: 1FTEW1EP3NKD59354** | **Unknown** | | **$32,794.00** |
| 47.2. | **2019 Ford F150 (Leased vehicle)**<br>**VIN: 1FTEW1E53KFD09833** | **Unknown** | | **$21,000.00** |
| 47.3. | **2022 Ford F150**<br>**VIN: 1FTEW1EP1NFA05552** | **Unknown** | | **$28,632.00** |
| 47.4. | **2020 Jeep Gladiator**<br>**VIN: 1C6HJTAG1LL147337** | **Unknown** | | **$19,600.00** |
| 47.5. | **2022 Ford F150**<br>**VIN: 1FTEW1CP7NFC06066** | **Unknown** | | **$32,287.00** |
| 47.6. | **2023 Ford Bronco Sport**<br>**VIN: 3FMCR9D99PRD26126** | **Unknown** | | **$25,000.00** |
| 47.7. | **2023 Mercedes Benz GLE**<br>**VIN: 4JGFB6BB8PA964349** | **Unknown** | | **$66,225.00** |
| 47.8. | **ATV Polaris 500** | **Unknown** | | **$2,000.00** |
| 47.9. | **10' trailer** | **Unknown** | | **$500.00** |

Debtor **Perfect View Aerial Media LLC** Case number *(If known)*
Name

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **6-M30T drones** | **Unknown** | **Liquidation** | **$25,000.00** |
| **2-M300 drones** | **Unknown** | **Liquidation** | **$10,000.00** |
| **3-M600 pro** | **Unknown** | **Liquidation** | **$5,000.00** |
| **5-M210 V2** | **Unknown** | **Liquidation** | **$10,000.00** |
| **Various support equipment, spare parts, chargers, cameras, field monitors** | **Unknown** | **Liquidation** | **$7,500.00** |

51. **Total of Part 8.** **$285,538.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **Web site www.pvam.net** | **Unknown** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor **Perfect View Aerial Media LLC** Case number *(If known)*
Name

64. **Other intangibles, or intellectual property**

| | | | |
|---|---|---|---|
| **Business logo** | **$0.00** | | **Unknown** |

65. **Goodwill**

66. **Total of Part 10.** **$0.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ■ No. Go to Part 12.
- ☐ Yes Fill in the information below.

Debtor **Perfect View Aerial Media LLC** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$30,700.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,000.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$89,000.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$285,538.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*...................> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$415,238.00** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$415,238.00** |

# Perfect View Aerial Media, LLC

## A/R Aging Detail

As of November 6, 2024

| DATE | TRANSACTION TYPE | NUM | CUSTOMER | DUE DATE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|
| 1 or more days past due | | | | | | |
| 07/09/2024 | Invoice | 6154 | Florida Power & Light | 08/08/2024 | 1,568.56 | 678.21 |
| 10/01/2024 | Invoice | 6227 | Florida Power & Light | 10/01/2024 | 1,624.15 | 1,624.15 |
| 10/21/2024 | Invoice | 6263 | Florida Power & Light | 10/25/2024 | 10,486.40 | 10,486.40 |
| 10/10/2024 | Invoice | 6251 | Florida Power & Light | 11/01/2024 | 1,568.56 | 1,568.56 |
| 10/10/2024 | Invoice | 6252 | Florida Power & Light | 11/01/2024 | 1,568.56 | 1,568.56 |
| 10/10/2024 | Invoice | 6253 | Florida Power & Light | 11/01/2024 | 1,568.56 | 1,568.56 |
| 10/10/2024 | Invoice | 6255 | Florida Power & Light | 11/01/2024 | 1,568.56 | 1,568.56 |
| 10/10/2024 | Invoice | 6254 | Florida Power & Light | 11/01/2024 | 2,039.13 | 2,039.13 |
| 10/10/2024 | Invoice | 6250 | Florida Power & Light | 11/01/2024 | 2,078.34 | 2,078.34 |
| 10/11/2024 | Invoice | 6256 | Florida Power & Light | 11/01/2024 | 1,764.63 | 1,764.63 |
| 10/16/2024 | Invoice | 6260 | Florida Power & Light | 11/01/2024 | 52,884.48 | 52,884.48 |
| 10/28/2024 | Invoice | 6273 | Florida Power & Light | 11/01/2024 | 2,500.00 | 2,500.00 |
| **Total for 1 or more days past due** | | | | | **$81,219.93** | **$80,329.58** |
| Current | | | | | | |
| 10/07/2024 | Invoice | 6240 | Florida Power & Light | 11/06/2024 | 2,744.98 | 2,744.98 |
| 10/09/2024 | Invoice | 6243 | Florida Power & Light | 11/08/2024 | 1,568.56 | 1,568.56 |
| 10/09/2024 | Invoice | 6246 | Florida Power & Light | 11/08/2024 | 1,568.56 | 1,568.56 |
| 10/09/2024 | Invoice | 6245 | Florida Power & Light | 11/08/2024 | 1,725.42 | 1,725.42 |
| 10/09/2024 | Invoice | 6242 | Florida Power & Light | 11/08/2024 | 1,843.06 | 1,843.06 |
| 10/09/2024 | Invoice | 6241 | Florida Power & Light | 11/08/2024 | 1,999.91 | 1,999.91 |
| 10/09/2024 | Invoice | 6244 | Florida Power & Light | 11/08/2024 | 2,627.34 | 2,627.34 |
| 10/09/2024 | Invoice | 6247 | Florida Power & Light | 11/08/2024 | 4,548.82 | 4,548.82 |
| 10/09/2024 | Invoice | 6248 | Florida Power & Light | 11/08/2024 | 4,548.82 | 4,548.82 |
| **Total for Current** | | | | | **$23,175.47** | **$23,175.47** |
| **TOTAL** | | | | | **$104,395.40** | **$103,505.05** |

**Perfect View Aerial Media, LLC**
4171 W. Hillsboro Blvd. Suite 12
Coconut Creek, FL 33073 US
nahessa@pvam.net
https://pvam.net/

**BILL TO**
Mr. Sam Sacalis
Drone Nerds Inc.
5553 Anglers Ave. Suite 109
Dania, FL 33312 USA

# INVOICE 700001

**DATE** 11/13/2024 **TERMS** Due on receipt

**DUE DATE** 11/14/2024

**PROJECT**
SOLAR IR SCAN

| DATE | FEEDER/AREA/SUBSTATION | MILES | RATE | AMOUNT |
|---|---|---|---|---|
| | MOSS MITCHELL CREEK<br><br>2039 Cox Rd McDavid, FL 32568 | 1 | 7,338.67 | 7,338.67 |

TOTAL DUE **$7,338.67**

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Apollo Funding | $14,000.00 | $0.00 |
| 2.2 Arnaldo Marrero | $372,083.29 | $0.00 |

**2.1 Apollo Funding**
Creditor's Name

**30 Washington St #5L**
**Brooklyn, NY 11201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3261**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**MCA Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Amount of claim:** $14,000.00 — **Value of collateral:** $0.00

---

**2.2 Arnaldo Marrero**
Creditor's Name

**13600 SW 191 Terr**
**Miami, FL 33177**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Breach of Settlement Agreement/UCC filed 10/24/23; Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**Amount of claim:** $372,083.29 — **Value of collateral:** $0.00

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

**2.3 Bank of America**
Creditor's Name

**POB 17237**
**Wilmington, DE 19886-7237**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3362**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Jeep Gladiator**
**VIN: 1C6HJTAG1LL147337**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,894.84** **$19,600.00**

---

**2.4 Bank of America**
Creditor's Name

**POB 15796**
**Wilmington, DE 19886-5796**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4357**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Ford F150**
**VIN: 1FTEW1CP7NFC06066**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,237.76** **$32,287.00**

---

**2.5 Corporation Service Company**
Creditor's Name

**POB 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**UCC Filed 08/06/24; Blanket Lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

**$0.00** **$0.00**

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

2.6 **CT Corporation System**
Creditor's Name

**330 N Brand Blvd, #700, ATTN: SPRS**
**Glendale, CA 91203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**UCC Filed 06/24/24; Blanket Lien**

**$0.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

2.7 **Ford Credit**
Creditor's Name

**POB 650575**
**Dallas, TX 75265**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2022 Ford F150**
**VIN: 1FTEW1EP3NKD59354**

**$43,202.37** **$32,794.00**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5239**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

2.8 **Ford Credit**

**Describe debtor's property that is subject to a lien**

**$0.00** **$21,000.00**

Creditor's Name

**POB 650575**
**Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7936**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2019 Ford F150 (Leased vehicle)**
**VIN: 1FTEW1E53KFD09833**

**Describe the lien**
**Vehicle Lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.9 **Ford Credit**
Creditor's Name

**POB 650575**
**Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9719**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Ford F150**
**VIN: 1FTEW1EP1NFA05552**

**$32,020.99** **$28,632.00**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 **Ford Credit**
Creditor's Name

**POB 650575**
**Dallas, TX 75265**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0469**

**Describe debtor's property that is subject to a lien**
**2023 Ford Bronco Sport**
**VIN: 3FMCR9D99PRD26126**

**$37,074.80** **$25,000.00**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 **High Octane Funding LLC**
Creditor's Name
**1100 NE 163 ST**
**North Miami Beach, FL 33162**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**MCA Loan; Blanket Lien**

**$25,000.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

2.12 **Leder Hillsboro Company, Ltd**
Creditor's Name
**4755 Technology Way, #203**
**Boca Raton, FL 33431**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Security deposit with office lease landlord**

**Unknown** **$5,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 **Mercedes Benz Financial**
Creditor's Name

**POB 685**
**Roanoke, TX 76262**

**Describe debtor's property that is subject to a lien**
**2023 Mercedes Benz GLE**
**VIN: 4JGFB6BB8PA964349**

**$70,000.00** **$66,225.00**

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 **On Deck**
Creditor's Name
**4700 W. Daybreak Pkwy. #200**
**South Jordan, UT 84009**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Term Loan; Blanket Lien**

**$110,000.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

2.15 **On Deck**
Creditor's Name
**4700 W. Daybreak Pkwy #200**
**South Jordan, UT 84009**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Line of Credit; Blanket Lien**

**$60,000.00** **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

2.16 **RDM Capital Funding dba Fintap**
Creditor's Name

**777 Passaic Ave #375**
**Clifton, NJ 07012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MCA Loan/Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**$79,771.80** **$0.00**

---

2.17 **The Fundworks, LLC**
Creditor's Name

**299 South Main St**
**Suite 1300 PMB 93894**
**Salt Lake City, UT 84111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0040**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**MCA Loan/Blanket lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**$90,000.00** **$0.00**

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$966,285.85**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Alex Mahmoud**<br>**Piekarski Law PLLC**<br>**One Whitehall St, 2 FL**<br>**New York, NY 10004** | Line **2.1** | |
| **High Octane Funding, LLC**<br>**c/o Isaac H. Greenfield, Esq.**<br>**2 Executive Blvd, #305**<br>**Suffern, NY 10901** | Line **2.11** | |
| **High Octane Funding, LLC**<br>**633 NE 167 St #831**<br>**North Miami Beach, FL 33162** | Line **2.11** | |
| **Justin G. Prociv**<br>**255 Alhambra Circle #600**<br>**Coral Gables, FL 33134** | Line **2.2** | |
| **RDM Capital Funding d/b/a Fintap**<br>**c/o AWN&R Commercial Law Grp**<br>**14 Wall St, 20 FL**<br>**New York, NY 10005** | Line **2.16** | |
| **The Fundworks, LLC**<br>**POB 200631**<br>**Dallas, TX 75320-0631** | Line **2.17** | **0040** |

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alain Bertoni**<br>**7920 NW 50 St #302**<br>**Lauderhill, FL 33351**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Benjamin Richardson**<br>**5356 NW 58 Terr**<br>**Coral Springs, FL 33065**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Employee**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Broward County Tax Collector**
**115 S. Andrews Ave, Rm A100**
**Fort Lauderdale, FL 33301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.4** Priority creditor's name and mailing address
**Carolyn Richardson**
**3823 Jasmine Ln**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.5** Priority creditor's name and mailing address
**Christopher Ingram-Richardson**
**2481 SW 161 Ave**
**Miramar, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.6** Priority creditor's name and mailing address
**Daequan Kirkland**
**9918 W Daffodil Lane**
**Miramar, FL 33025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

2.7 Priority creditor's name and mailing address
**Darnell Campbell**
**9411 SW 41 St #202**
**Miramar, FL 33025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.8 Priority creditor's name and mailing address
**Florida Department of Revenue**
**POB 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.9 Priority creditor's name and mailing address
**Internal Revenue Service**
**Attn: Special Procedures**
**POB 34045 STOP 572**
**Jacksonville, FL 32202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.10 Priority creditor's name and mailing address
**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

**2.11** Priority creditor's name and mailing address
**Jahmaeyion Kelly**
**960 NW 80 Ave #102**
**Pompano Beach, FL 33063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.12** Priority creditor's name and mailing address
**Jurvin-Bruno Esnard St Ange**
**3880 Riverside Dr #2**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.13** Priority creditor's name and mailing address
**Katrina Petrarca**
**751 Cypress Lane Unit J**
**Pompano Beach, FL 33064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.14** Priority creditor's name and mailing address
**Nahessa Metayer**
**23054 Post Gardesn Way #410**
**Boca Raton, FL 33433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

2.15 Priority creditor's name and mailing address
**Nallini Richardson**
**5356 NW 58 Terr**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.16 Priority creditor's name and mailing address
**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.17 Priority creditor's name and mailing address
**Securities and Exchange Commission**
**801 Brickell Ave., #1950**
**Miami, FL 33131**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.18 Priority creditor's name and mailing address
**Taleisha Campbell**
**2960 Riverside Dr #316**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Employee**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

**2.19** Priority creditor's name and mailing address
**Tashard Campbell**
**2912 NW 132 St #635**
**Opa Locka, FL 33054**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00** **$0.00**

Date or dates debt was incurred

Basis for the claim: **Employee**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

**2.20** Priority creditor's name and mailing address
**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Ave**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.21** Priority creditor's name and mailing address
**US Attorney Southern District of Florida**
**500 East Broward Blvd**
**Fort Lauderdale, FL 33394**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim: **For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**AT&T**
**PO Box 70529**
**Charlotte, NC 28272-0529**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred** _

**Basis for the claim:** **Phone and Internet**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39,756.17**

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt/credit card**

**Last 4 digits of account number** **2915**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

3.3 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 8062

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,331.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 0290

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,226.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 5412

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,244.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 6351

**As of the petition filing date, the claim is:** *Check all that apply.* **$95.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 4162

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,518.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2762

**As of the petition filing date, the claim is:** *Check all that apply.* **$134.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Bank of America**
**POB 15796**
**Wilmington, DE 19886-5796**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 9104

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,677.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt/credit card
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

**3.10** **Nonpriority creditor's name and mailing address**
**Benjamin Richardson, Jr.**
**5356 NW 58 Terr**
**Coral Springs, FL 33067**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,288.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Loan to company**
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Bright Star Credit Union**
**3175 Fl-7**
**Margate, FL 33063**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Capisolve, LLC**
**1166 W Newport Ctr Dr #308**
**Deerfield Beach, FL 33442**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$70,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Debt Consolidation Company**
Is the claim subject to offset? ■ No ☐ Yes

**3.13** **Nonpriority creditor's name and mailing address**
**Chase Cardmember Svc**
**POB 1423**
**Charlotte, NC 28201-1423**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **4582**

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,721.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.14** **Nonpriority creditor's name and mailing address**
**CHTD Company**
**POB 2576**
**Springfield, IL 62708**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
■ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** **UCC Filed 06/28/24**
Is the claim subject to offset? ■ No ☐ Yes

**3.15** **Nonpriority creditor's name and mailing address**
**Ford Credit**
**POB 650575**
**Dallas, TX 75265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** **8316**

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,126.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **2022 Ford F150**
**VIN 1FTEW1EP4NKD97417**
**Vehicle totaled**
Is the claim subject to offset? ■ No ☐ Yes

**3.16** **Nonpriority creditor's name and mailing address**
**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Utilities**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Perfect View Aerial Media LLC** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Secured Lender Solutions**<br>**POB 2576**<br>**Springfield, IL 62708**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** UCC filed 09/21/21<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**T-Mobile Bankruptcy Team**<br>**Post Office Box 53410**<br>**Bellevue, WA 98015**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Hot Spots<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 270,122.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 270,122.07 |

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Office lease** | |
| State the term remaining | | **Leder Hillsboro Company, Ltd**<br>**4755 Technology Way, #203**<br>**Boca Raton, FL 33431** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Perfect View Aerial Media LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr<br>Coral Springs, FL 33067** | **On Deck** | ■ D **2.15**<br>☐ E/F<br>☐ G |
| 2.2 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr<br>Coral Springs, FL 33067** | **The Fundworks, LLC** | ■ D **2.17**<br>☐ E/F<br>☐ G |
| 2.3 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr<br>Coral Springs, FL 33067** | **CHTD Company** | ☐ D<br>■ E/F **3.14**<br>☐ G |
| 2.4 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr<br>Coral Springs, FL 33067** | **CT Corporation System** | ■ D **2.6**<br>☐ E/F<br>☐ G |
| 2.5 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr<br>Coral Springs, FL 33067** | **Corporation Service Company** | ■ D **2.5**<br>☐ E/F<br>☐ G |

Debtor **Perfect View Aerial Media LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr Coral Springs, FL 33067** | **High Octane Funding LLC** | ■ D **2.11**<br>☐ E/F<br>☐ G |
| 2.7 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr Coral Springs, FL 33067** | **RDM Capital Funding dba Fintap** | ■ D **2.16**<br>☐ E/F<br>☐ G |
| 2.8 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr Coral Springs, FL 33067** | **Chase Cardmember Svc** | ☐ D<br>■ E/F **3.13**<br>☐ G |
| 2.9 | **Benjamin Richardson, Jr.** | **5356 NW 58 Terr Coral Springs, FL 33067** | **On Deck** | ■ D **2.14**<br>☐ E/F<br>☐ G |

# United States Bankruptcy Court
## Southern District of Florida

In re **Perfect View Aerial Media LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **MGR** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 15, 2024**

Signature ***/s/* Benjamin Richardson**
**Benjamin Richardson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re **Perfect View Aerial Media LLC** Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MGR of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 15, 2024**

**/s/ Benjamin Richardson**
**Benjamin Richardson**/**MGR**
Signer/Title

Alain Bertoni
7920 NW 50 St #302
Lauderhill, FL 33351


Alex Mahmoud
Piekarski Law PLLC
One Whitehall St, 2 FL
New York, NY 10004


Apollo Funding
30 Washington St #5L
Brooklyn, NY 11201


Arnaldo Marrero
13600 SW 191 Terr
Miami, FL 33177


AT&T
PO Box 70529
Charlotte, NC 28272-0529


Bank of America
POB 15796
Wilmington, DE 19886-5796


Bank of America
POB 17237
Wilmington, DE 19886-7237


Benjamin Richardson
5356 NW 58 Terr
Coral Springs, FL 33065


Benjamin Richardson, Jr.
5356 NW 58 Terr
Coral Springs, FL 33067


Bright Star Credit Union
3175 Fl-7
Margate, FL 33063


Broward County Tax Collector
115 S. Andrews Ave, Rm A100
Fort Lauderdale, FL 33301

Capisolve, LLC
1166 W Newport Ctr Dr #308
Deerfield Beach, FL 33442


Carolyn Richardson
3823 Jasmine Ln
Coral Springs, FL 33065


Chase Cardmember Svc
POB 1423
Charlotte, NC 28201-1423


Christopher Ingram-Richardson
2481 SW 161 Ave
Miramar, FL 33027


CHTD Company
POB 2576
Springfield, IL 62708


Corporation Service Company
POB 2576
Springfield, IL 62708


CT Corporation System
330 N Brand Blvd, #700, ATTN: SPRS
Glendale, CA 91203


Daequan Kirkland
9918 W Daffodil Lane
Miramar, FL 33025


Darnell Campbell
9411 SW 41 St #202
Miramar, FL 33025


Florida Department of Revenue
POB 6668
Tallahassee, FL 32314-6668


Ford Credit
POB 650575
Dallas, TX 75265

FPL
General Mail Facility
Miami, FL 33188-0001

High Octane Funding LLC
1100 NE 163 ST
North Miami Beach, FL 33162

High Octane Funding, LLC
c/o Isaac H. Greenfield, Esq.
2 Executive Blvd, #305
Suffern, NY 10901

High Octane Funding, LLC
633 NE 167 St #831
North Miami Beach, FL 33162

Internal Revenue Service
Attn: Special Procedures
POB 34045 STOP 572
Jacksonville, FL 32202

Internal Revenue Service
POB 7346
Philadelphia, PA 19114

Jahmaeyion Kelly
960 NW 80 Ave #102
Pompano Beach, FL 33063

Jurvin-Bruno Esnard St Ange
3880 Riverside Dr #2
Coral Springs, FL 33065

Justin G. Prociv
255 Alhambra Circle #600
Coral Gables, FL 33134

Katrina Petrarca
751 Cypress Lane Unit J
Pompano Beach, FL 33064

Leder Hillsboro Company, Ltd
4755 Technology Way, #203
Boca Raton, FL 33431

Mercedes Benz Financial
POB 685
Roanoke, TX 76262


Nahessa Metayer
23054 Post Gardesn Way #410
Boca Raton, FL 33433


Nallini Richardson
5356 NW 58 Terr
Coral Springs, FL 33065


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


On Deck
4700 W. Daybreak Pkwy. #200
South Jordan, UT 84009


On Deck
4700 W. Daybreak Pkwy #200
South Jordan, UT 84009


RDM Capital Funding d/b/a Fintap
c/o AWN&R Commercial Law Grp
14 Wall St, 20 FL
New York, NY 10005


RDM Capital Funding dba Fintap
777 Passaic Ave #375
Clifton, NJ 07012


Secured Lender Solutions
POB 2576
Springfield, IL 62708


Securities and Exchange Commission
801 Brickell Ave., #1950
Miami, FL 33131


T-Mobile Bankruptcy Team
Post Office Box 53410
Bellevue, WA 98015

Taleisha Campbell
2960 Riverside Dr #316
Coral Springs, FL 33065


Tashard Campbell
2912 NW 132 St #635
Opa Locka, FL 33054


The Fundworks, LLC
299 South Main St
Suite 1300 PMB 93894
Salt Lake City, UT 84111


The Fundworks, LLC
POB 200631
Dallas, TX 75320-0631


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Ave
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 East Broward Blvd
Fort Lauderdale, FL 33394